# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA4B | F5255902 | B. Swarts | 2400 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 09/04/22 1530 | 36 CFR 261.16(M) |

**Place of Offense:** Lower Coffee Camp

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Parking a motor vehicle except in places designated or developed for this purpose.

### DEFENDANT INFORMATION

Last Name: M.lian
First Name: Edgar

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8USM764 | CA | 08 | Chev Su |  | Blk |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 35.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **Not Present**

Original - CVB Copy

*F5255902*   FS-5300-4 (1/2020)

CVB SCAN 09/15/2022 16:1

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

**SEE ATTACHED**

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license, CMV= Commercial vehicle involved in incident

CVB SCAN 09/15/2022 16:1